UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KALVIN LAMAR WASHINGTON,

      Plaintiff,

Case No. 1:22-cv-678

v.

Honorable Phillip J. Green

PAUL T. WALTON, et al.,

      Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   September 21, 2022          /s/ Phillip J. Green         
                                                           PHILLIP J. GREEN
                                                           United States Magistrate Judge